■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK TROUTMAN, Appellant. [691 NYS2d 834] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court erred in denying his suppression motion. The court properly concluded that defendant was not in custody at the house when he made the initial admissions. A reasonable man, innocent of any crime, would not have believed himself to be in custody at the time (*see, People v Yukl,* 25 NY2d 585, 589, *mot to amend remittitur denied* 26 NY2d 883, *cert denied* 400 US 851). Further, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Oneida County Court, Donalty, J.—Assault, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC STRONG, Appellant. [691 NYS2d 803] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495; *People v Johnson,* 166 AD2d 893, *lv denied* 77 NY2d 839; *cf., People v Van Akin,* 197 AD2d 845). (Appeal from Judgment of Monroe County Court, Smith, J.—Burglary, 2nd Degree.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.